| | |
|---|---|
| DISTRICT COURT, ADAMS COUNTY, COLORADO<br>1100 Judicial Center Drive, Brighton, CO 80601<br><br>**Plaintiff:** GABRIEL ARMIJO<br><br>v.<br><br>**Defendants:**<br>ADAMS COUNTY et al.<br><br>Attorney for Plaintiff:<br>Vernon L. Ready<br>READY LAW<br>9200 E Mineral Avenue, Suite 100<br>Centennial, CO 80237<br>Phone: (303) 339-8846<br>Atty Reg No: 41153<br>Email: vready@ready-law.com | DATE FILED: July 19, 2022 9:13 AM<br>FILING ID: F2E2CD67CEA2A<br>CASE NUMBER: 2022CV30770<br><br><br>▲ COURT USE ONLY ▲<br><br><br>2022 CV 030770<br>Div. A |
| **PLAINTIFF'S VOLUNTARY DISMISSAL OF DEFENDANT ADAMS COUNTY BOARD OF COMMISSIONERS AND DEFENDANT ADAMS COUNTY SHERIFF'S OFFICE** | |

Plaintiff Gabriel Armijo, through counsel, hereby gives notice of his voluntary dismissal the Defendants named in paragraph 3 below pursuant to C.R.C.P. 41(a)(1)(A), and states:

1. All costs have been paid by Plaintiff to date.

2. No Defendants have filed or served an answer, or motion for summary judgment in this matter.

3. The Defendants voluntarily dismissed by Plaintiff are only listed here:

    a. Adams County Board of Commissioners; and
    b. Adams County Sheriff's Office.

4. This Notice is of dismissal of only those Defendants named in paragraph 3, and Plaintiff does not hereby dismiss any other Defendants named in his Complaint. Defendants not dismissed by Plaintiff pursuant to this notice are:
    a. Adams County;
    b. Sheriff Richard Reigenborn;
    c. Nichole Durante;
    d. Robert Hannah;
    e. Matthew Tran; and
    f. Defendants DOE 1-3, whose true identities are unknown.

Wherefore, Plaintiff respectfully requests that the Court enter its Order dismissing the Defendants listed

in paragraph 3 above from this matter.

Dated: July 19, 2022

                                                          Respectfully:

                                                          READY LAW

                                                          _____
                                                          Vernon L. Ready, #41153
                                                          Attorney for Plaintiff

                                            CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2022, a true and correct copy of the foregoing Notice of Voluntary Dismissal to counsel for all Defendants via e-service.

                                                          _____
                                                          Vernon L. Ready, #41153
                                                          Attorney for Plaintiff