**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01847

---

GABRIEL ARMIJO;

     Plaintiff,

vs.

ADAMS COUNTY, a governmental entity;
SHERIFF RICHARD REIGENBORN, individually and in his
official capacity;
NICHOLE DURANTE, individually and in her official capacity;
ROBERT HANNAH, individually and in his official capacity;
MATTHEW TRAN, individually and in his official capacity; and
DOES 1-3 (whose true names are unknow) individually and in their official capacities.

     Defendants.

---

**STIPULATION OF THE PARTIES TO DISMISS CERTAIN DEFENDANTS WITHOUT
PREJUDICE**

---

     The parties, through their respective counsel, agree and move the Court to dismiss

certain defendants as set out herein, and state:

     The parties agree to dismiss Defendant Adams County without prejudice. The parties

agree to dismiss Defendants Nichole Durante, Robert Hannah, and Matthew Tran in their official

capacities only, and without prejudice.

     The parties agree that each dismissed party will remain responsible for paying their own

respective attorney fees and costs.

Plaintiff's claims against Defendants Nichole Durante, Robert Hannah, and Matthew Tran in their individual capacities, as well as Plaintiff's claims against Defendant Richard Reigenborn, will proceed and are unaffected by this Stipulation.

DATED this 28th day of September, 2022.


  s/ Vernon L. Ready            
Vernon L. Ready
9200 E. Mineral Ave. Suite 100
Centennial, CO 80112
(303) 339-8846
Attorney for Plaintiff

  s/Kerri A. Booth                       
Kerri A. Booth
4430 S Adams County Parkway
5th Floor, Suite 5000B
Brighton, CO 80601
(720) 523-6116
Attorney for Defendants