IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01847

GABRIEL ARMIJO;

    Plaintiff,

v.

ADAMS COUNTY, a governmental entity;
SHERIFF RICHARD REIGENBORN, individually and in his
official capacity;
NICHOLE DURANTE, individually and in her official capacity;
ROBERT HANNAH, individually and in his official capacity;
MATTHEW TRAN, individually and in his official capacity; and
DOES 1-3 (whose true names are unknow) individually and in their official capacities.

    Defendants.

## JOINT STATUS REPORT

The parties, pursuant to the Court's Order, submit the following status update:

1. Status of Discovery Activities:

    a. Plaintiff: Plaintiff has submitted initial disclosures and a first supplement following the recent receipt of a delayed medical record. Plaintiff is preparing initial written discovery requests which have not yet been submitted to Defendant.

    b. Defendants: Defendants have submitted initial disclosures. Defendants anticipate serving Plaintiff with written discovery requests in the next 30 days in addition to seeking a Fed. R. Civ. P. 35 examination of Plaintiff.

2. Discovery Disputes: None.

3. Likelihood of Settlement: The parties anticipate settlement discussions will begin in earnest following the exchange of expert reports and initial discovery.

DATED this 16th day of December, 2022.

| | |
|---|---|
| /s/ Vernon L. Ready | /s/ Kerri A. Booth |
| Vernon L. Ready | Kerri A. Booth |
| 9200 E. Mineral Ave. Suite 100 | 4430 S Adams County Parkway |
| Centennial, CO 80112 | 5th Floor, Suite C5000B |
| (303) 339-8846 | Brighton, CO 80601 |
| Attorney for Plaintiff | (720) 523-6116 |
| | Attorney for Defendants |